UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:20-CR-55-001 |
| | ) | |
| DOMINIC BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AMENDING CONDITIONS OF RELEASE**

Defendant appeared before the undersigned on February 23, 2021 and March 1, 2021, for a hearing on the Petition for Action on Conditions of Pretrial Release [Doc. 37], filed on February 11, 2021, alleging he had violated conditions of his release [Doc. 15]. Assistant United States Attorney Casey Arrowood appeared on behalf of the Government. Attorneys Benjamin Sharp and Nakeisha Jackson of Federal Defender Services represented Defendant, who was also present. Based upon the report and recommendations of Defendant's Pretrial Services Officer and the Court's finding that Defendant had in fact violated certain conditions of his release, the Court determined that Defendant's conditions of pretrial release should be **AMENDED** as set forth below.

The following conditions were added and discussed with Defendant, and it was acknowledged that Defendant understood the additional conditions and agreed to strictly abide by them as well as all original conditions of release:

1. Andrew (Daphne) Donohue, will be substituted as Defendant's Third Party Custodian.

2. While Defendant is permitted to continue residing at his current residence at this time, Defendant will report any proposed changes with respect to the tenants of the residence to

his Pretrial Services Officer, providing sufficient advance notice for a criminal records check to be conducted for any potential new tenant.

3. Defendant will continue with his newly established mental health and substance abuse treatment programs as directed and will continue submitting for random drug screens.

4. Defendant will begin counseling with a Recovery Coach provided by the Metro Drug Coalition and will continue as directed.

5. Defendant will continue with his online GED classes.

While this order is being added for clarity of the record, the conditions included were made clear to Defendant during the hearing. The Court specifically advised Defendant that any further violations could result in his detention pending trial. All existing conditions of pretrial release not expressly modified by this Order shall remain in effect.

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge